| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Campbell, David G | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | Campbell Family Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | Trustee | Trust # 2 |
| 4. | Trustee | Trust # 3 |
| 5. | Trustee | Trust # 4 |
| 6. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Meyer, Hendricks, Victor, Osborn & Maledon (former law firm) – collection of old receivable | $850 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | K | T | | | | | |
| 2. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Confluent Surgical Common Stock | | None | K | W | | | | | |
| 6. Wheeler Machinery Note Payable | E | Interest | N | T | | | | | |
| 7. El Dorado Investments, LLC | G | Distribution | O | W | | | | | |
| 8. Exxon Mobil Common Stock | A | Dividend | L | T | | | | | |
| 9. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 10. 401(k) Plan | | | | | | | | | |
| 11. American Funds Bond Fund of Amer A | D | Dividend | M | T | | | | | |
| 12. American Funds Inc Fund of Amer A | E | Dividend | N | T | | | | | |
| 13. Schwab Inst. Adv. Money Market | B | Interest | M | T | | | | | |
| 14. General American Universal Life Policy | D | Interest | L | T | | | | | |
| 15. General American Variable Life Policy | C | Dividend | L | T | | | | | |
| 16. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 17. Trust # 2 | | | | | | | | | See note 1, Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 19. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | K | T | | | | | |
| 20. Trust # 3 | | | | | | | | | See note 1, Part VIII |
| 21. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 22. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | K | T | | | | | |
| 23. Trust # 4 | | | | | | | | | See note 1, Part VIII |
| 24. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 25. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | K | T | | | | | |
| 26. Trust # 5 | | | | | Transferred | 5-30 | | | See note 2 Part VIII |
| 27. Wheeler Machinery Note Payable | A | Interest | | | Transferred | 5-30 | | | See note 2 Part VIII |
| 28. JP Morgan Chase Bank (formerly Bank One) Account | A | Interest | | | Transferred | 5-30 | | | See note 2 Part VIII |
| 29. Morningstar managed portfolio (mutual funds) | | | | | | | | | |
| 30. Calamos Growth A | A | Dividend | K | T | Partial sale | 2-19 | J | A | |
| 31. Baron Growth | | None | K | T | Partial sale | 2-19 | J | A | |
| 32. ABN AMRO Growth N | A | Dividend | L | T | | | | | |
| 33. Janus Midcap Value Investor | B | Dividend | K | T | Partial sale | 2-19 | J | B | |
| 34. MFS Value A | | None | | | Sell | 2-19 | K | D | |
| 35. Oakmark I | A | Dividend | L | T | Partial sale | 2-19 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 36. PBHG Clipper Focus | A | Dividend | L | T | | | | | |
| 37. Victory Diversified Stock A | A | Dividend | L | T | | | | | |
| 38. Third Avenue Small-Cap Value | A | Dividend | K | T | | | | | |
| 39. TCW Galileo Select Equities N | | None | K | T | | | | | |
| 40. American Century Equity Income Inc | | None | | | Sell | 2-19 | K | C | |
| 41. Artisian International | A | Dividend | K | T | | | | | |
| 42. T. Rowe Price High-Yield Adv | B | Dividend | | | Sell | 6-18 | K | C | |
| 43. Scudder Managed Municipal Bonds A | | None | | | Sell | 2-19 | K | B | |
| 44. Vangnard High-Yield Tax-Exempt | A | Dividend | | | Sell | 2-19 | K | B | |
| 45. Vangnard High Yierld Tax Exempt | A | Dividend | K | T | Buy | 6-18 | K | | |
| 46. Janus Tax Exempt Money Market | | None | | | Sell | 2-19 | J | A | |
| 47. Vangaurd Equity-Income | B | Dividend | L | T | Buy | 2-19 | K | | |
| 48. Dodge & Cox International Stock | A | Dividend | K | T | Buy | 2-19 | K | | |
| 49. Calamos Growth & Income A | A | Dividend | K | T | Buy | 2-19 | K | | |
| 50. PIMCO Municipal Bond Admin | B | Interest | K | T | Buy | 2-19 | K | | |
| 51. Vangnard Tax-Exempt Money Market | A | Interest | J | T | Buy | 2-19 | J | | |
| 52. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | |
| 53. Columbia Acorn USA Fund | | None | | | Sell | 2-6 | K | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Dreyfus Appreciation Fund | A | Dividend | K | T | | | | | |
| 55. Lord Abbett Research Fund - SM CAP A | | None | K | T | | | | | |
| 56. MFS Research International Fund A | A | Dividend | K | T | | | | | |
| 57. Phoenix-Engelman Small & Mid Cap GR Fund CL A | | None | K | T | | | | | |
| 58. TCW Galileo Select Equities 1 | | None | K | T | | | | | |
| 59. The Oakmark Intl Fund | | None | | | Sell | 2-6 | K | C | |
| 60. The Oakmark Select Fund | A | Dividend | K | T | | | | | |
| 61. Van Kampen Comstock Fund | A | Dividend | K | T | | | | | |
| 62. MFS Research Bond CL A | A | Dividend | K | T | | | | | |
| 63. Pimco High Yield Fund CL A | | None | | | Sell | 2-6 | J | B | |
| 64. Fidelity Adv Overseas FD Instl Cl | A | Dividend | K | T | Buy | 2-5 | K | | |
| 65. Lazard Emerging Mkts Port | A | Dividend | K | T | Buy | 2-5 | K | | |
| 66. ML Global Small Cap CL 1 | A | Dividend | K | T | Buy | 2-5 | K | | |
| 67. Scudder High Return Fd Cl A | A | Dividend | K | T | Buy | 2-5 | K | | |
| 68. Oppenheimer Internatl Bond Fd Cl A | B | Dividend | K | T | Buy | 2-5 | K | | |
| 69. Pimco Real Return Bond Fd Cl A | A | Dividend | K | T | Buy | 2-5 | J | | |
| 70. Northwestern Mutual whole life policy | C | Dividend | K | T | | | | | |
| 71. Mony Life Insurance Company whole life policy | A | Dividend | J | T | Transferred | 10-1 | | | See Note 3 Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day. | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 73. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 74. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 75. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 76. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 77. MJC Investments LLC | C | Distribution | J | W | | | | | See Note 4 Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Note 1:  Trust 1 is a ███████ trust that holds our personal residence and automobiles.  Other reportable assets held by the trust are included separately in Part VII. Trusts 2-4 are college education trusts that hold the assets listed below each trust.

Note 2:  Trust 5 was a college education trust that held the assets liasted below the trust. ███████ for whom this trust was established was married in 2004 and the trust assets were transferred to the ██████████

Note 3:  This insurance policy on ███████████ life was transferred to ███████████

Note 4:  This ██████ LLC, established by ██████████, was inadvertently omitted from my prior financial disclosures.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Campbell, David G | Date of Report<br><br>5/12/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature          Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544